■ ROBERTA MANNING, Appellant, v GEORGE T. PAUL et al., Individually, and as Past or Present Members of the Board of Directors of Griffiss Air Force Base Federal Credit Union, et al., Respondents.—Order unanimously affirmed, without costs. (See *Grozek v Ragu Foods,* 63 AD2d 858; *Chin v American Tel. & Tel. Co.,* 96 Misc 2d 1070, affd 70 AD2d 791.) (Appeal from order of Oneida Supreme Court—partial summary judgment.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIJAH GRANT, Appellant.—Judgment unanimously affirmed. (See *People v Thomas,* 50 NY2d 467.) (Appeal from judgment of Monroe Supreme Court—manslaughter, first degree.) Present—Simons, J. P., Hancock, Jr., Schnepp, Doerr and Witmer, JJ.